IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00321 SOM |
| | ) | CR. NO. 04-00334 SOM |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| v. | ) | |
| | ) | |
| JOEL BUENTIPO CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, Reginald P. Minn, declare as follows:

1. I am the attorney for Defendant JOEL BUENTIPO CASTILLO, having been retained to represent him through the proceedings in the United States District Court in this case.

2. Defendant has fulfilled all of his obligations pursuant to our retainer agreement.

3. Defendant desires to appeal the judgment and sentence to be imposed in this case on February 21, 2006, by the Honorable Susan Oki Mollway.

4. Defendant's financial condition is such that he desires to have counsel appointed for him to pursue this appeal.

5. I am requesting permission to withdraw as counsel for Defendant and to have this Court appoint

1

counsel for Defendant Castillo in order to pursue the appeal of his sentence.

      6.   Defendant will prepare a Financial Affidavit for the Court which will be provided to the Court at the hearing on this motion.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

      DATED: Honolulu, Hawaii, February 16, 2006.

/s/ Reginald P. Minn
Reginald P. Minn
Attorney for Defendant
JOEL BUENTIPO CASTILLO