# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00321SOM

CASE NAME:       USA v. Joel Buentipo Castillo

ATTYS FOR PLA:   Mark Inciong

ATTYS FOR DEFT:  Reginald Minn

INTERPRETER:

JUDGE:   Kevin S. C. Chang         REPORTER:   FTR C5

DATE:    2/21/2006                 TIME:       10:36:38-10:39:45am

COURT ACTION:  EP: Motion to Withdraw as Counsel and for Appointment of Appellate Counsel - defendant present, not in custody.

Defendant sworn to the financial affidavit.  Court not convinced that defendant qualifies for counsel to be appointed.  Request for court appointed attorney is CONDITIONALLY granted.

Motion to Withdraw granted.  Court will appoint CJA appellate counsel

Submitted by: Shari Afuso, Courtroom Manager