CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| H1XH0 | JOEL BUENTIPO CASTILLO | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | CRIMINAL NO. 05-00321 SOM | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs. Joel Buentipo Castillo | ☐ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>X Appeal | Adult Defendant   X Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

| 1 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| DEANNA DOTSON ( # 7649)<br>P.O. BOX 700953<br>KAPOLEI, HAWAII 96709-0953<br><br>Telephone Number :    (808) 391-7308 | O  Appointing Counsel          ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney<br>X P  Subs For Panel Attorney      ☐ Y  Standby Counsel<br><br>Prior Attorney's        REGINAL MINN, ESQ.<br>Appointment<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other (See Instructions) |
| 1 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per | Signature of Presiding Judicial Officer or By Order of the Court<br><br>FEBRUARY 21, 2006<br>Date of Order              Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment.    ☐ YES   ☐ NO |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $   90.00   )   TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $   90.00   )   TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

GRAND TOTALS (CLAIMED AND ADJUSTED):

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM:              TO: | | |

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO    If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____    Date _____

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BLVD. RM C-209
HONOLULU, HAWAII 96850

**KEVIN S.C. CHANG**
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1308
FAX: (808) 541-3519

February 21, 2006

DeAnna Dotson, Esq.
P.O. Box 700953
Kapolei, Hawaii 96709-0953

Re: USA vs. Joel Buentipo Castillo
Criminal No. 05-00321 SOM

Dear Ms. Dotson:

Thank you for accepting the appointment to represent Joel Buentipo Castillo.

Enclosed are the appointment voucher, worksheet and instructions for your use.

As a reminder, any withdrawal and substitution of counsel, whether the substitute counsel is a panel attorney or a retained attorney, must have the prior approval of the Court of Appeals for the Ninth Circuit.

Sincerely,

Kevin S.C. Chang
United States Magistrate Judge

KSC:waa

Enclosures

cc: Federal Public Defender's Office