# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**    U.S.A. vs. JOEL BUENTIPO CASTILLO

  **U.S. COURT OF APPEALS DOCKET NUMBER:** _____ *6-10189*

  **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

  **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 05-00321SOM

II  **DATE NOTICE OF APPEAL FILED:**    03/01/06

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**  CJA appointed

  **DOCKET FEE PAID ON:**        **AMOUNT:**

  **NOT PAID YET:**        **BILLED:**

  **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**        R E C E I V E D

  **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**    CLERK, U.S. DISTRICT COURT

  **IF YES, SHOW DATE:**        APR 2 0 2006

  **WAS F.P. STATUS REVOKED:**    **DATE:**        DISTRICT OF HAWAII

  **WAS F.P. STATUS LIMITED IN SOME FASHION?**

  **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY**:

  Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
  Court of Appeals Docket Fee.)