REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail: rpminn@gmail.com

Attorney for Defendant
JOEL BUENTIPO CASTILLO


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00321 SOM |
| | ) CR. NO. 04-00334 SOM |
| Plaintiff, | ) |
| | ) |
| | ) ORDER EXONERATING BOND |
| v. | ) |
| | ) |
| | ) |
| JOEL BUENTIPO CASTILLO, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

ORDER EXONERATING BOND

WHEREAS, Defendant JOEL BUENTIPO CASTILLO was released from custody pending sentencing; and

WHEREAS, the conditions of release for Defendant Castillo included the posting of a bond in the amount of $100,000, secured by a mortgage on the property located at 1360 Kaiwiki Road, Hilo, Hawaii 96720; and

WHEREAS, on March 2, 2006, Defendant Castillo appeared for sentencing and was sentenced to a term of 94 months; and

WHEREAS, Defendant self-surrendered at Lompoc, California on April 10, 2006 for commencement of his term of imprisonment;

NOW, THEREFORE, it is hereby ordered that the bond in the amount of $100,000, secured by a mortgage on the property located at 1360 Kaiwiki Road, Hilo, Hawaii 96720, is hereby EXONERATED.

SO ORDERED.

Dated at Honolulu, Hawaii, June 8, 2006.

APPROVED AS TO FORM


/s/ Mark A. Inciong
MARK A. INCIONG
Assistant U.S. Attorney



DATED: Honolulu, Hawaii; June 8, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge



USA V. JOEL BUENTIPO CASTILLO, CR. NOS. 04-00334 SOM & 05-00321 SOM, ORDER EXONERATING BOND

2