```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF HAWAII

                                      JUN 1 4 2006

                          at 10 o'clock and 45 min A M
                                SUE BEITIA, CLERK
```

|  |  |
|---|---|
| LAND COURT | CR 05-00321SOM<br>CR 04-00334SOM<br>REGULAR SYSTEM |

RETURN BY MAIL TO:

Reginald P. Minn, Esq.
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Tel:  526-9343

Total Pages:  3

TITLE OF DOCUMENT:

## RELEASE OF MORTGAGE

PARTIES TO DOCUMENT:

MORTGAGEE:   CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF
             HAWAII

MORTGAGOR:   FLORAME CASTILLO, FLORENCIA CASTILLO, and
             MERLY CASTILLO

DESCRIPTION:

1360 Kaiwiki Road
Hilo, Hawaii 96720
Tax Map Key 3-2-6-21-36

RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

That the CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, whose principal place of business and post office address is 300 Ala Moana Boulevard, Honolulu, Hawaii, 96850, the owner, holder and mortgagee of that certain Mortgage, dated September 17, 2004, by FLORAME CASTILLO and FLORENCIA CASTILLO, husband and wife, and MERLY CASTILLO, married, as mortgagor, and recorded on September 20, 2004, in the Bureau of Conveyances of the State of Hawaii, as Document No. 2004-192544, does hereby cancel, release, and forever discharge said mortgage and said mortgage shall be deemed null and void.

IN WITNESS WHEREOF, said CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII has executed these presents on the date indicated below.

CLERK, UNITED STATES DISTRICT
COURT, DISTRICT OF HAWAII

By: _____
SUE BEITIA, CLERK, UNITED
STATES DISTRICT COURT, DISTRICT
OF HAWAII

STATE OF HAWAII            )
                           ) SS
CITY AND COUNTY OF HONOLULU )

On this 14th day of June, 2006, before me personally appeared SUE BEITIA, CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, to me personally known, who, being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable, in the capacity shown, having been duly authorized to execute such instrument in such capacity.

Notary Name: Eileen Chun Sakoda
Notary Public, State of Hawaii
My commission expires: 3-20-2008

3