UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2007

at 4 o'clock and 20 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br>     v.<br><br>JOEL BUENTIPO CASTILLO,<br><br>      Defendant - Appellant. | No.  06-10189<br>D.C. No.  CR-05-00321-SOM<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii
(Honolulu).

This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District of Hawaii (Honolulu) and was duly
submitted.

On consideration whereof, it is now here ordered and adjudged by this
Court, that the judgment of the said District Court in this cause be, and hereby is
**AFFIRMED**.

Filed and entered 01/25/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 1 6 2007

by:
Deputy Clerk