INTERNAL USE ONLY: Proceedings include all events.
06-10189 USA v. Castillo

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Mark A. Inciong, Esq.<br>808/541-2850<br>6-100<br>[COR LD NTC aus]<br>OFFICE OF THE US ATTORNEY<br>Prince Kuhio Federal Buillding<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 |
| v. | |
| JOEL BUENTIPO CASTILLO<br>    Defendant - Appellant | DeAnna S. Dotson, Esq.<br>FAX 808/672-5058<br>808/391-7308<br>[COR LD NTC cja]<br>P.O. Box 700953<br>Kapolei, HI 96709-0953 |