PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 99-00148 SOM |
| | ) | |
| Plaintiff, | ) | INITIAL NOTIFICATION |
| | ) | RESPONSE TO THE |
| vs. | ) | ADMINISTRATIVE ORDER |
| | ) | REGARDING RETROACTIVE |
| DAMIEN JOHNSON, | ) | AMENDMENTS TO CRACK |
| | ) | COCAINE GUIDELINES; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. NO. 02-00076 SOM |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| AMO TAUFI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00321 SOM |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOEL CASTILLO, | ) ) |
| Defendant. | ) ) ) |

# INITIAL NOTIFICATION RESPONSE TO THE ADMINISTRATIVE ORDER REGARDING RETROACTIVE AMENDMENTS TO CRACK COCAINE GUIDELINES

COMES NOW the Office of the Federal Public Defender for the District of Hawaii, by and through, Alexander Silvert, First Assistant Federal Defender, having been appointed to represent the above defendants to determine whether they qualify for a reduction of sentence in accordance with the recent retroactive amendments to crack cocaine base offense levels under U.S.S.G. §2D1.1.

Counsel has communicated with each of the above defendants concerning the amended guidelines, either by letter and/or telephone conference, and explained to them that each situation must be examined on a case-by-case basis to determine if a reduction applies, due to the limitations placed on the

amendment by the Sentencing Commission.  Counsel has also informed them that, should they elect to be present at their hearing if authorized by the Court, that this may disrupt their present living arrangements, work position, and possibly their place in line for various programs.

      Each defendant has waived any past conflicts for this purpose only, and has expressed an interest to determine if a reduction of sentence applies in their case.  Counsel will be reviewing each defendant's case and filing any appropriate stipulation or motion as required.

      DATED: Honolulu, Hawaii, April 22, 2008.

                                                 /s/ Alexander Silvert
                                                ALEXANDER SILVERT
                                                Attorney for Defendants

## CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    FLORENCE T. NAKAKUNI (via electronically through CM/ECF)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    United States Probation Office    (hand delivered)
    300 Ala Moana Boulevard
    PJKK Federal Building, Room C-110
    Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, April 22, 2008.

                            /s/ Alexander Silvert
                            ALEXANDER SILVERT
                            Attorney for Defendants