# MINUTES

CASE NUMBER:     CR N0. 05-00321SOM

CASE NAME:       United States of America vs. Joel Castillo

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:

DATE:     06/30/2008                 TIME:

COURT ACTION:            "MINUTE ORDER"

EO: The minute order filed on June 27, 2008, is withdrawn in light of the sentencing guideline amendments that took effect on May 1, 2008, as pointed out to court staff by defense counsel.

Submitted by Leslie L. Sai, Courtroom Manager