# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America | Case No.: 05-00321 SOM |
| v. | USM No.: 95285-022 |
| **JOEL BUENTIPO CASTILLO** | |
| Date of Previous Judgment: 03/10/06 | Alexander Silvert |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 94 months **is reduced to 74** months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level | 27 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | **70-87 months** |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the amended judgment dated March 10, 2006, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/30/08

*[Judge's signature]*

Effective Date: _____
(if different from order date)

Susan Oki Mollway, United States District Judge
Printed name and title